477

No. 69613.—Amerex Distributing Co., Inc., et al. *v.* United States, protests 62/5980, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 9, 1965

No. 69614.—Gimbel Bros., Inc., et al. *v.* United States, protests 64/5145, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.

No. 69615.—Langfelder, Homma & Carroll, Inc. *v.* United States, protest 63/19736 (San Francisco).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise consists of "vinyl Santa heads," items 802/169 and 802/719, returned at a total weight of 306 pounds, and that said item 802/169, in fact, weighed 1½ ounces each and item 802/719 weighed one-eighth of 1 ounce each, or a total weight of 118$\frac{11}{20}$ pounds for both items, the claim of the plaintiff was sustained.